JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:      (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0380 MHP |
| Plaintiff, | No. CR 05-0678 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| JOSE MANUEL SEGURA-DEL REAL, | |
| Defendant. | |

      The parties appeared before the Honorable Marilyn H. Patel on July 12, 2010.  Due to defense counsel's unavailability, the matter has been continued to July 26, 2010.  With the agreement of both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 12, 2010 to July 26, 2010, in light of the need for continuity of counsel.  Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel

and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 12, 2010 to July 26, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 12, 2010 to July 26, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 12, 2010          /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: July 12, 2010          /s/
SHAWN HALBERT
Assistant Federal Public Defender

SO ORDERED.

DATED: 7/14/2010

THE HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JOSE MANUEL SEGURA-DEL REAL                                                                 2