**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0678-01 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGMENT** |
| v. | |
| JOSE SEGURA DEL REAL, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Geoffrey Hansen. The United States was represented by Assistant United States Attorney Patricia Spaletta.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

| | | |
|---|---|---|
| Charge 1: | Violation of Standard Condition which states that defendant shall not commit any federal, state, or local crime in that on July 14, 2009 was arrested for petty theft with a prior conviction by Palo Alto Police Department. | |
| Charge 2: | Violation of Standard Condition which states that defendant shall not commit and federal, state, or local crime in that on June 14, 2009, the defendant reentered the United States after previously being deported. | |
| Charge 3: | Violation of Special Condition One which states that defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement in that on July 14, 2009, the defendant reentered the United States and failed to report to the US Probation Office with 72 hours of reentry, and had not obtained permission from the Secretary of the Department of Homeland Security to reenter the United States. | |

Based on the foregoing,

IT IS ADJUDGED that Supervised Release is hereby REVOKED and defendant is sentenced to custody of BOP for a period of 6 (six) months, to be served consecutively to the sentence imposed in CR 10-00380 MHP. No further term of supervised release is ordered in this action.

Dated: November 3, 2010

MARILYN HALL PATEL
United States District Court